| | |
|---|---|
| PHILIP EMIABATA and SYLVIA EMIABATA )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DAVID M. WARREN, )<br>*U.S. Bankruptcy Judge, individually and in* )<br>*his official capacity as U.S. Bankrputcy* )<br>*Judge* )<br>Defendants. ) | **JUDGMENT**<br>5:24-CV-245-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 25, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2), failure to state a claim upon which relief can be granted due to judicial immunity.

**This Judgment Filed and Entered on November 25, 2024, and Copies To:**
Philip and Sylvia Emiabata (via CM/ECF Notice of Electronic Filing)


November 25, 2024                    PETER A. MOORE, JR., CLERK

                                        /s/Sandra K. Collins
                              (By)   Sandra K. Collins, Deputy Clerk